# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

145043

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                     SC: 145043
                                     COA: 308012
                                     Saginaw CC:   08-031808-FH;
                                                       09-031959-FH;
                                                       09-032908-FH

FREDDIE LEE JACKSON, SR.,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 20, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012                                        _____

s0716                                                              Clerk